

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MOUNTAIN VIEW HEALTH & REHABILITATION CENTER, INC., CREATIVE SOLUTIONS IN HEALTHCARE, INC., and LIDIA MOYA, | § § § | No. 08-23-00033-CV Appeal from the 210th Judicial District Court |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC# 2022DCV1585 ) |
| MARY HORTON KEELE, | § | |
| Appellee. | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the trial court's order denying Appellant's motion to compel arbitration. We therefore reverse the trial court's order denying the motion to compel arbitration and remand this matter to the trial court for entry of an order compelling arbitration. We further order that Appellant recover from Appellee all appellate costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF OCTOBER 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, Soto, JJ.